UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ASHKER,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN; JEFFREY BEARD; GEORGE GIURBINO; SUSAN HUBBARD; KELLY HARRINGTON; J. MCLAUGHLIN; M. RUFF; D. ROTHCHILD; J. ROBERTSON; C.E. DUCART; VARGAS; M. RUSSELL; J. FALLIS; W. BLACK; S. ALFARO; C. GIPSON; R. DIAZ,<br><br>        Defendants | Case No. 18-cv-06350-WHA<br><br>**JUDGMENT** |

Judgment is entered in defendants' favor.

**IT IS SO ORDERED.**

Dated: June 28, 2022

                                                      WILLIAM ALSUP
                                                    United States District Judge