| | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | DEC 12 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TODD LEWIS ASHKER,

        Plaintiff-Appellant,

 v.

JEFFREY BEARD; et al.,

        Defendants-Appellees.

No.   22-16162

D.C. No. 3:18-cv-06350-WHA
Northern District of California,
San Francisco

ORDER

Before: TASHIMA and CLIFTON, Circuit Judges.

A review of the district court docket reflects that the district court granted appellant leave to proceed in forma pauperis and that such permission has not been revoked. Accordingly, appellant's in forma pauperis status continues in this court. *See* Fed. R. App. P. 24(a)(3).

Pursuant to 28 U.S.C. § 1915(b)(1) and (2), however, appellant eventually must pay the full amount of the filing and docketing fees for this appeal.

Accordingly, within 21 days after the date of this order, appellant shall complete and file with this court the enclosed prisoner authorization form, which directs the prison officials at appellant's institution to assess, collect, and forward to the court the $505.00 filing and docketing fees for this appeal on a monthly basis whenever funds exist in appellant's trust fund account. These fees will

LAB/MOATT

continue to be collected regardless of the date or manner of disposition of this appeal. *See* 28 U.S.C. § 1915(b)(2), (e)(2).

If appellant fails to comply with this order, the Clerk shall dismiss this appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

The motion to correct the caption for this appeal (Docket Entry No. 4) is granted. The Clerk shall remove defendants Paris, Prelip, Moak, Pfeiffer, Molina, Alafa, Martinez, Hightower, Ortiz, Hammer, Speidel, Stebbins, Frisk, Diaz, Alfaro, and Gipson as parties to this appeal.

The court, in its discretion, denies the motion for appointment of pro bono counsel (Docket Entry No. 3).

The opening brief is due January 19, 2023. The answering brief is due February 21, 2023. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel, appellant is not required to file excerpts of record. *See* 9th Cir. R. 30-1.3. If appellant does not file excerpts of record, appellees "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See id.*